IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

        Plaintiff,                No. CIV S-08-2262 GEB KJM P

    vs.

O. TOWNE, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED:  November 5, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
ande2262.59